```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Patricia Murdy**

    **v.**                                Case No. 05-cv-174-PB

**Nashua School District**


### O R D E R

The motion for summary judgement (document no. 11) is denied without prejudice.  Any discovery motions shall be filed before July 15, 2006.  The motion may be renewed by filing a notice of renewal or by filing a new motion.  Any notice of renewal or new motion shall be filed within 14 days of the final resolution of discovery motions or, if no discovery motions are filed, no later than July 30, 2006.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

July 3, 2006

cc:   Leslie Johnson, Esq.
       Mark Broth, Esq.
       Nancy Boudreau, Esq.